UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH D. BARKSDALE,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN OAK SMITH, et al.,<br><br>    Defendants | Case No. 23-cv-05221 BLF<br><br>**ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO COMPLY WITH GENERAL ORDER NO. 76 OR SHOW GOOD CAUSE FOR RELIEF FROM ELECTRONIC FILING REQUIREMENT** |

Plaintiff is a state prisoner at San Quentin State Prison ("SQSP") who is seeking to file an action under 42 U.S.C. § 1983.  On October 12, 2023, the Clerk of the Court sent Plaintiff a notice of his failure to use the prison email filing procedures in filing his case-initiating documents – i.e., the complaint and *in forma pauperis* ("IFP") application, in violation of General Order No. 76.[1]  Dkt. No. 1 at 1.  The Clerk's notice advised Plaintiff of the procedures to comply with the emailing requirements and that he must do so within fourteen days of the notice to avoid dismissal.  *Id*.  This matter was reassigned to this

---

[1] General Order No. 76 established a Pilot Project of the Court and the California Department of Corrections and Rehabilitation ("CDCR"), which requires prisoners filing civil rights actions under § 1983 to submit the case-initiating documents to the Court by email through designated CDCR staff.

Court on November 14, 2023.  Dkt. No. 4.

The fourteen-day window has long since passed, and Plaintiff has failed to respond to the Clerk's notice or have any further communication with the Court.  However, in the interest of justice, the Court shall grant Plaintiff an extension of time to resubmit his court-initiating documents using the prison email filing procedures at SQSP in accordance with the instructions provided on the Clerk's Notice, Dkt. No. 1 at 1, or show good cause why he should be relieved from General Order No. 76's e-filing requirement by filing a motion for relief.  Plaintiff shall respond to this Court order **no later than twenty-one (21) days** from the date this order is filed.

**Failure to respond to this order in the time provided will result in the dismissal of this case without prejudice for failure to comply with General Order No. 76.**

The Clerk shall enclose a complete copy of Docket No. 1, including the complaint and IFP application, with a copy of this order to Plaintiff.

**IT IS SO ORDERED.**

Dated:  __December 7, 2023____

_____
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.23\05221Barksdale_dism(GO76)