IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **KENNETH D. BARKSDALE,**<br><br>Plaintiff,<br><br>v.<br><br>**WARDEN OAK SMITH, et al.,**<br><br>Defendant. | Case No. 5:23-cv-05221-BLF<br><br>**ORDER** |

Defendant filed an administrative motion to change time to file a waiver of service in this case. The Court has read and considered Defendant's motion and the accompanying declaration of counsel, and finds that good cause exists to grant this motion.

After full consideration, and good cause appearing, the motion is GRANTED. Defendant shall file a waiver of service on or before July 5, 2024

**IT IS SO ORDERED.**

Dated:  June 20, 2024

_____
Beth Labson Freeman
United State District Judge

1

[Order (5:23-cv-05221-BLF)