1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11    KENNETH D. BARKSDALE,                    Case No. 23-05221 BLF (PR)

12                Plaintiff,                   **ORDER GRANTING DEFENDANT'S**
                                               **MOTION FOR EXTENSION OF**
13          v.                                 **TIME TO FILE MOTION FOR**
                                               **SUMMARY JUDGMENT**
14    RIPENBURGER,
                                               (Docket No. 21)
15                Defendant.

16

17

18          Plaintiff, a state inmate filed the instant *pro se* civil rights action pursuant to 42

19    U.S.C. § 1983 against an officer at the San Quentin State Prison.  Dkt. No. 6.[1]  On April

20    12, 2024, the Court found the complaint, liberally construed, stated cognizable claims, and

21    ordered the matter served on Defendant Ripenburger.  Dkt. No. 14.  Defendant was

22    directed to file a dispositive motion or notice regarding such motion.  *Id.*  Defendant has

23    filed a motion requesting an extension of time to file a motion for summary judgment.

24    Dkt. No. 21.

25          Having shown good cause, Defendant's motion is **GRANTED**.  Defendant shall

26    _____

27    [1] This matter served on Defendant was reassigned to this Court on December 7, 2023.

      Order of Extension of Time to File Motion for Summary Judgment
28    PRO-SE\BLF\CR.23\5221Barksdale_eot_MSJ

*United States District Court*
*Northern District of California*

file a motion for summary judgment **no later than October 10, 2024**.  Plaintiff's

opposition to Defendant's motion shall be filed **no later than twenty-eight (28) days** from

the date Defendant's motion is filed.  Defendant shall file a reply brief no later than

**fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 21.

**IT IS SO ORDERED**

Dated:   __**July 12, 2024**_____

BETH LABSON FREEMAN
United States District Judge

Order of Extension of Time to File Motion for Summary Judgment
PRO-SE\BLF\ CR.23\5221Barksdale_eot_MSJ