UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH D. BARKSDALE,<br><br>    Plaintiff,<br><br>    v.<br><br>RIPENBURGER,<br><br>    Defendant. | Case No. 23-cv-05221 BLF (PR)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR SECOND EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>(Docket No. 24) |

    Plaintiff, a state inmate filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against an officer at the San Quentin State Prison. Dkt. No. 6. On April 12, 2024, the Court found the complaint, liberally construed, stated cognizable claims, and ordered the matter served on Defendant Ripenburger. Dkt. No. 14. Defendant has filed a motion requesting a second extension of time to file a motion for summary judgment. Dkt. No. 24.

    Having shown good cause, Defendant's motion is **GRANTED**. Defendant shall file a motion for summary judgment **no later than December 13, 2024**. Plaintiff's opposition to Defendant's motion shall be filed **no later than twenty-eight (28) days** from the date Defendant's motion is filed. Defendant shall file a reply brief no later than

**fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 24.

**IT IS SO ORDERED**

Dated: __October 10, 2024___

BETH LABSON FREEMAN
United States District Judge

Order Granting Mot. for 2nd EOT to file MSJ
PRO-SE\BLF\ CR.23\05221Barksdale_eot2_MSJ