UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH D. BARKSDALE,<br><br>  Plaintiff,<br><br>  v.<br><br>RIPENBURGER,<br><br>  Defendant. | Case No. 23-cv-05221 BLF (PR)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR THIRD EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br><br>(Docket No. 26) |

Plaintiff, a state inmate filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against an officer at the San Quentin State Prison. Dkt. No. 6. On April 12, 2024, the Court found the complaint, liberally construed, stated cognizable claims, and ordered the matter served on Defendant Ripenburger. Dkt. No. 14. Defendant has filed a motion requesting a third extension of time to file a motion for summary judgment. Dkt. No. 26.

Having shown good cause, Defendant's motion is **GRANTED**. Defendant shall file a motion for summary judgment **no later than December 20, 2024**. Plaintiff's opposition to Defendant's motion shall be filed **no later than twenty-eight (28) days** from the date Defendant's motion is filed. Defendant shall file a reply brief no later than

**fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 26.

**IT IS SO ORDERED**

Dated:  _December 11, 2024_

_____
BETH LABSON FREEMAN
United States District Judge

Order Granting Mot. for 3rd EOT to file MSJ
PRO-SE\BLF\ CR.23\05221Barksdale_eot3_MSJ