UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH D. BARKSDALE,<br><br>    Plaintiff,<br><br>v.<br><br>RIPENBURGER,<br><br>    Defendant. | Case No. 23-05221 BLF (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT MOTION**<br><br><br>(Docket No. 29) |

    Plaintiff, a state inmate filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against an officer at the San Quentin State Prison ("SQSP"). Dkt. No. 6. On April 12, 2024, the Court found the complaint, liberally construed, stated cognizable claims, and ordered the matter served on Defendant Ripenburger. Dkt. No. 14. Defendant filed a motion for summary judgment on December 20, 2024. Dkt. No. 28. Plaintiff's opposition was due twenty-eight days later, *i.e.*, by January 17, 2025. Dkt. No. 27 at 2.

    Plaintiff has filed a motion for an extension of time until February 20, 2025, because of "the holidays and program changes" at SQSP. Dkt. No. 29 at 2. Having shown good cause, Plaintiff's motion is **GRANTED**. Plaintiff's opposition to Defendant's motion shall be filed **no later than February 20, 2025**, as requested.

    Defendant shall file a reply brief no later than **fourteen (14) days** after Plaintiff's

opposition is filed.

This order terminates Docket No. 29.

**IT IS SO ORDERED**

Dated:  **January 31, 2025**  

BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to file Opp.
PRO-SE\BLF\ CR.23\5221Barksdale_eot_MSJ