UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH D. BARKSDALE,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN OAK SMITH, et al.,<br><br>Defendants. | Case No. 23-cv-05221 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed all claims against Defendant and granted his motion for summary judgment. Judgment is entered in favor of Defendant W. Rippberger.

**IT IS SO ORDERED.**

Dated: __August 7, 2025_____

　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\CR.23\05221Barksdale_judgment